UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:  Louis A.  Kunian

Debtor

CHAPTER 11
CASE NO:  15-12404 FJB

## MOTION TO RECONSIDER CREDITOR NEW YORK COMMUNITY BANK'S MOTION FOR RELIEF FROM STAY

Now comes debtor, by his attorney, and moves this Honorable Court to reconsider Judgment on Creditor, New York Community Bank's Motion For Relief From Stay.

As reasons therefore, debtor was unaware of the Motion and accordingly did not file a response in opposition.  The debtor has now converted to a Chapter 11, and the property in question is instrumental in accomplishing a Chapter 11 Plan.

Respectfully Submitted,

By Debtor's Attorney,

/s/ Jay Paul Satin_____
Jay Paul Satin, Esq., (BBO #: 442620)
385 Broadway, Suite 202
Revere, MA  02151
Tel No.:  (781) 289-2215
Fax No.:  (781) 289-1200
jaysatin@hotmail.com

Dated: January __19__, 2016

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January __19__, 2016, a true copy of the foregoing: ***MOTION TO RECONSIDER CREDITOR NEW YORK COMMUNITY BANK'S MOTION FOR RELIEF FROM STAY*** has been served via the U. S. Bankruptcy Court's CM/ECF filing system or by mailing first class postage pre-paid to those persons not appearing on the Court's receipt of electronic filing:

Electronically mailed to:

Eric Bradford, Esq. (U.S. Trustee's Office)

Amber Nevers (U.S. Trustee's Office)

John Fitzgerald, Esq. (U.S. Trustee's Office)

Lindsay Kyser lk@dgandl.com
on behalf of Creditor New York Community Bank

Laura Brandow lbrandow@meeb.com
on behalf of Creditor New York Community Bank


/s/ Jay Paul Satin_____
Jay Paul Satin